**CARMEN A. TRUTANICH**, City Attorney
**MICHAEL CLAESSENS**, Senior Assistant City Attorney
**CORY M. BRENTE,** Supervising Assistant City Attorney
**DENISE C. JOHNSON,** Deputy City Attorney - (SBN191992)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Email: denise.johnson@lacity.org
Phone No.: (213) 978-7032, Fax No.: (213) 978-8785

*Attorneys for Defendants* **CITY OF LOS ANGELES, OFFICER CHRISTOPHER WREN and OFFICER JAMES DIAMOND**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.D.R, et al., <br><br> *Plaintiffs,* <br><br> vs. <br><br> CITY OF LOS ANGELES, OFFICER CHRISTOPHER WREN, OFFICER JAMES DIAMOND, and DOES 1 through 10, inclusive, <br><br> *Defendants.* | Case No.: CV06-07466 VBF (MANx) <br> *Complaint Filed: 11/21/06* <br><br> **DEFENDANTS' EXHIBIT LIST** <br><br> **PTC Date:** January 21, 2010 <br> **TRIAL Date:** February 9, 2010 <br> **PLACE:** Courtroom 9 <br><br> **U.S. District Judge** <br> **Valerie Baker Fairbank** |

Pursuant to the Local Rules in the United States District Court, Central District, the Defendants submit their Exhibit Stipulation[1], as follows:

---

[1] Defendants attempted to prepare this as a joint document as required by the Court, but counsel for the Defendants was unable to reach counsel for the Plaintiffs in order to obtain their portion of the document. Therefore, Defendants are submitting their portion unilaterally in order to file the document in a timely manner. Defendant reserved exhibit numbers 100-199 for Plaintiff's exhibits; Defendants' proposed exhibits are numbered 200-299.

1

| | **EXHIBITS** | | | |
|---|---|---|---|---|
| **No.** | **Description** | **Date Identified** | **Date Admitted** | **Objections** |
| 200 | Los Angeles Police Department Property Reports | | | |
| 201 | Autopsy Report No. 2005-03656 | | | |
| 202 | Supplemental Autopsy Report dated 4/5/07 | | | |
| 203 | Photographs, C#279907 At Scene Photos | | | |
| 204 | Photographs, C#279908 FID Photos | | | |
| 205 | Photographs, C#278652 Gun trace unit | | | |
| 206 | Photographs, C#264824 Aerials | | | |
| 207 | Photographs, C#287374 At scene trajectory | | | |
| 208 | Photographs, C#287922 At scene (shed) | | | |
| 209 | Photographs, C#279070 Clothing | | | |
| 210 | Photographs, C#279075 Clothing | | | |
| 211 | Photographs, C#279089 Bullet Frags | | | |
| 212 | Photographs, C#279091 Shoes and glove | | | |
| 213 | Photographs, C#279092 Bullet Frag | | | |
| 214 | Photographs, C#278696 T-shirt | | | |
| 215 | Photographs, C#288694 Clothing | | | |
| 216 | Photographs, C#288700 Clothing | | | |
| 217 | Photographs, C#290621 Jeans/shorts | | | |
| 218 | Search Warrant No. S2007 dated May 11, 2005 | | | |
| 219 | Search Warrant Tactical Plan Report | | | |
| 220 | LAPD Firearms Analyzed Evidence Report –Distance Determination | | | |

| | | **EXHIBITS** | | | |
|---|---|---|---|---|---|
| | 221 | LAPD Analyzed Evidence Report RE: Comparison of trace evidence from item #2 and item #3 to item #49 | | | |
| | 222 | LAPDAnalyzed Evidence Report: Fingerprints | | | |
| | 223 | LAPD Firearms Analyzed Evidence Report RE: Test Fire Firearm by analyst Ball | | | |
| | 224 | LAPD Firearms Analyzed Evidence Report: Bullet Path Analysis | | | |
| | 225 | LAPD Firearms Analyzed Evidence Report: Bullet/Cartridge Case Comparison with follow-up | | | |
| | 226 | LAPD Firearms Analyzed Evidence Report: Bullet Comparison | | | |
| | 227 | LAPD Preliminary Investigation Report-- ADW on Peace Officer | | | |
| | 228 | LAPD Firearms Analyzed Evidence Report dated 9/11/06 RE: Clothing Reconstruction by analyst Garcia | | | |
| | 229 | LAPD Follow-up Investigation Report dated 1/11/07 RE: Firearms Analyzed Evidence by analyst Garcia | | | |
| | 230 | LAPD Communications Audio Recording of incident | | | |
| | 231 | Certified Copy of criminal conviction for Brayland Schapael Randolph for PC 12025(a)(1) - Carrying a concealed weapon; Case No. XCNBA24132701 | | | |

| | **EXHIBITS** | | | |
|---|---|---|---|---|
| 232 | Clothing (pants and shorts) worn by Brayland Randolph at time of shooting | | | |
| 233 | Clothing (shirts) worn by Brayland Randolph | | | |
| 234 | Clothing socks worn by Brayland Randolph | | | |
| 235 | Parris Ward's animated reconstruction | | | |
| 236 | Parris Ward's videos | | | |
| 237 | Parris Ward's photographs | | | |
| 238 | Jimmy Trahin's diagrams | | | |
| 239 | Jimmy Trahin's photographs | | | |
| 240 | Brayland Randolph's gun | | | |
| 241 | Aerial photo/diagram of location of incident | | | |
| 242 | Autopsy Photos | | | |
| 243 | | | | |
| 244 | | | | |
| 245 | | | | |
| 246 | | | | |
| 247 | | | | |
| 248 | | | | |
| 249 | | | | |
| 250 | | | | |

1  APPROVED AS TO FORM AND CONTENT:

3  DATED: December 28, 2009

**CARMEN A. TRUTANICH**, City Attorney
**MICHAEL CLAESSENS**, Senior Asst. City Attorney
**CORY M. BRENTE,** Supv. Assistant City Attorney

By: /S/ Denise C. Johnson
_____
**DENISE C. JOHNSON**, Deputy City Attorney

*Attorneys for Defendants* **CITY OF LOS ANGELES, OFFICER CHRISTOPHER WREN and OFFICER JAMES DIAMOND**