LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 Telephone
(818) 347-4118 Facsimile
dalekgalipo@yahoo.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.D.R, et al., | CASE NO. : CV 06-07466 VBF (MANx) |
| Plaintiffs, | **PLAINTIFFS' PROPOSED STATEMENT OF THE CASE** |
| v. | |
| | PRE-TRIAL CONFERENCE<br>Date:       January 21, 2010<br>Time:       2:00 p.m. |
| CITY OF LOS ANGELES, ET AL. | |
| Defendants. | TRIAL<br>Date:       February 9, 2010<br>Time:       8:30 a.m. |

This case involves the shooting of death of Brayland Schapael Randolph who was shot and killed by Officers Christopher Wren and James Diamond on May 11, 2005. The plaintiffs Jakye Dominic Randolph, Amaya Breana Randolph, Brayland Graham, and Jayland Graham, are the children of the decedent. The Defendants are the City of Los Angeles, Officer Christopher Wren and Officer James Diamond. The

plaintiffs allege that the officers used excessive force when they shot and killed Mr. Randolph. The plaintiffs are seeking wrongful death damages and survival damages and have brought claims under both federal and state law.

The defendants admit that Officers Christopher Wren and James Diamond shot and killed Mr. Randolph while they were working as a police officers for the City of Los Angeles, but claim that the use of deadly force was reasonable under the circumstances.

Dated: December 31, 2009             LAW OFFICES OF DALE K. GALIPO

/s/
_____
DALE K. GALIPO
Attorney for Plaintiff