LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 Telephone
(818) 347-4118 Facsimile
dalekgalipo@yahoo.com

Attorney for Plaintiffs,

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.D.R, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, ET AL.<br><br>   Defendants. | CASE NO. : CV 06-07466 VBF (MANx)<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' FIRST MOTION IN LIMINE TO PRECLUDE EVIDENCE OF UNRELATED CITIZEN'S COMPLAINT, LAWSUITS AND ARRESTS**<br><br>PRE-TRIAL CONFERENCE<br>Date:   January 21, 2010<br>Time:   2:00 p.m.<br>Ctrm:<br><br>TRIAL<br>Date:   February 9, 2010<br>Time:   8:30 a.m.<br>Ctrm: |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiffs hereby Oppose the Defendants' First Motion in Limine on the grounds that evidence of prior complaints of excessive force and lawsuits alleging excessive force against the defendants is admissible for showing that the defendants had a character trait for using excessive force and acted in conformity with the character trait at the time of the incident. Further, if the defendants open the door by

1  alleging that they never use excessive force or have never had a claim made against
2  them related to the use of force, such evidence would be admissible for impeachment
3  purposes.

6  Dated: January 6, 2010              Respectfully submitted,
                                       /s/
                                       _____
                                       DALE K. GALIPO
                                       Attorney for Plaintiffs

2

Plaintiffs' Opposition to Defendants' First Motion in Limine