CARMEN A. TRUTANICH, City Attorney
MICHAEL CLAESSENS, Senior Assistant City Attorney
CORY M. BRENTE, Supervising Assistant City Attorney
DENISE C. JOHNSON, Deputy City Attorney - (SBN191992)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Email: denise.johnson@lacity.org
Phone No.: (213) 978-7032, Fax No.: (213) 978-8785

*Attorneys for Defendants* **CITY OF LOS ANGELES, OFFICER CHRISTOPHER WREN and OFFICER JAMES DIAMOND**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.D.R, et al.,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>CITY OF LOS ANGELES, OFFICER CHRISTOPHER WREN, OFFICER JAMES DIAMOND, and DOES 1 through 10, inclusive,<br><br>    *Defendants*. | Case No.: CV06-07466 VBF (MANx)<br>*Complaint Filed: 11/21/06*<br><br>**DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' FIRST MOTION IN LIMINE TO PRECLUDE EVIDENCE OF UNRELATED CITIZEN'S COMPLAINTS, LAWSUITS AND ARRESTS**<br><br>PTC DATE: January 21, 2010<br>PTC TIME: 2:00 p.m.<br>PLACE: Courtroom 9<br><br>Trial Date: February 9, 2010<br><br>U.S. District Judge<br>Valerie Baker Fairbanks |

**TO ALL PARTIES AND TO THEIR ATTORNEY OF RECORD HEREIN:**

    The Defendants hereby submit their reply to Plaintiffs' Opposition to Defendants First Motion in Limine to preclude evidence of unrelated citizen's complaints, lawsuits and arrests.

///

///

///

1

## I.   PLAINTIFFS ARGUMENT VIOLATES F.R.E. 404

Plaintiffs claim that they should be permitted to produce evidence of prior complaints and lawsuits filed against any Defendant, which includes the City of Los Angeles, because prior allegations of excessive force against any defendant would show a character trait for using excessive force and that the officer acted in conformity therewith. However, character evidence is specifically barred by the Federal Rules of Evidence in section 404, subsection (a) which states that:

> "Evidence of a person's character or a trait of character is not admissible for the purpose of proving action in conformity therewith on a particular occasion..."

In subsection (b), the rule indicates that evidence of "other crimes, wrongs, or acts" are similarly inadmissible.

Since the plaintiffs have failed to provide a lawful basis for producing such evidence, they must be barred from doing so.

## II.   CONCLUSION

For the foregoing reasons, the Defendants request an Order precluding the parties, their counsel and all witnesses from introducing evidence or making any reference to any complaints filed with the L.A.P.D. or any other department, or any civil suits involving any Defendant Officer or any other L.A.P.D. officer.

DATED:   January 12, 2010

**CARMEN A. TRUTANICH**, City Attorney
**MICHAEL CLAESSENS**, Senior Asst. City Attorney
**CORY M. BRENTE**, Supv. Assistant City Attorney

By: _____
   **DENISE C. JOHNSON**
   Deputy City Attorney

*Attorneys for Defendants*
**CITY OF LOS ANGELES,
OFFICER CHRISTOPHER WREN,
OFFICER JAMES DIAMOND**

**United States District Judge**

2