# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 06-7466-VBF(MANx) |
| Title: | J.D.R., et al. v. City of Los Angeles, et al. |
| Date | February 9, 2010 |

Present: The Honorable  Valerie Baker Fairbank, United States District Judge

| Rita Sanchez | Rosalyn Adams |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo | Denise Johnson |

____  Day Court Trial     First  Day Jury Trial

____ One day trial:   X  Begun (1st day);   ____ Held & Continued;   ____ Completed by jury verdict/submitted to court.

X   The Jury is impaneled and sworn.
____ Opening statements made by _____
____ Witnesses called, sworn and testified.   ____ Exhibits Identified   ____ Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for _____   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by _____
____ Motion to dismiss by _____ is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by _____ is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is   ____ granted.   ____ denied.   ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
X   Case continued to   February 10, 2010 at 8:30 a..m.   for further trial/further jury deliberation.
X   Other:   Outside jurors presence, Court and Counsel discuss witnesses.

                                                                    04  :  50
                                            Initials of Deputy Clerk   rs

cc: