# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 06-7466-VBF(MANx) |
| Title: | J.D.R., et al. v. City of Los Angeles, et al. |
| Date | February 10, 2010 |

Present: The Honorable   Valerie Baker Fairbank, United States District Judge

| Rita Sanchez | Rosalyn Adams |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo | Denise Johnson |

_____ Day Court Trial        Second Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   X  Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

X  Opening statements made by   Plaintiff and Defendants

X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.

_____ Plaintiff(s) rest.   _____ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.

_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.

_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by _____

_____ Motion to dismiss by _____   is   _____ granted.   _____ denied.   _____ submitted.

_____ Motion for mistrial by _____   is   _____ granted.   _____ denied.   _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____   is   _____ granted.   _____ denied.   _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to   February 11, 2010 at 8:30 a..m.   for further trial/further jury deliberation.

X  Other:   Outside jurors presence, Court and Counsel discuss witnesses.

04 : 05

Initials of Deputy Clerk   rs

cc: