LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 Telephone
(818) 347-4118 Facsimile
dalekgalipo@yahoo.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.D.R, et al., | CASE NO. : CV 06-07466 VBF (MANx) |
| Plaintiffs, | **PLAINTIFFS' SUPPLEMENTAL WITNESS LIST** |
| v. | |
| | TRIAL |
| | Date:  July 6, 2010 |
| | Time:  8:30 a.m. |
| CITY OF LOS ANGELES, ET AL. | |
| Defendants. | |

**TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs have already filed a witness list in connection with the first trial of this action. Plaintiffs incorporate that list by reference as if fully set forth herein. In addition, Plaintiffs hereby supplement their previously filed list of proposed witnesses they intend to call at the trial of this matter as follows:

1. Doreen Hudson, c/o Los Angeles Police Department
   A. Will give testimony related to the investigation of the crime scene.
   B. Direct Examination: 20-30 minutes.  This witness will testify in person.
2. Amy Driver, c/o Los Angeles Police Department
   A. Will give testimony related to the investigation of the crime scene.
   B. Direct Examination: 20-30 minutes.  This witness will testify in person.

Dated: June 7, 2010                        LAW OFFICES OF DALE K. GALIPO


                                           _____/s/_____
                                           DALE K. GALIPO